**E-FILED on** 8/25/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re THE LEISURE CORPORATION<br><br>Debtor. | No. C-03-03012 RMW<br><br>ORDER REVISING BRIEFING SCHEDULE FOR BANKRUPTCY APPEAL |

On August 18, 2005, appellees Kenneth Prochnow and the Law Offices of Kenneth H. Prochnow filed a motion to dismiss appellants' bankruptcy appeal. Appellants George Drucker and the Leisure Corporation filed their appeal brief on August 19, 2005. Civil Local Rule 16-4 provides that the appellees' brief shall be filed no later than 20 days after the service of the appellants' brief and that the appellants may file a reply no later than 10 days after the service of appellees' brief. In light of the appellees' motion to dismiss on the basis of appellants' failure to diligently prosecute this case, the court finds it appropriate to revise the briefing schedule for the bankruptcy appeal such that the appellees' brief is due after the court's determination on the motion to dismiss.

Accordingly, the court adjusts the briefing schedule as follows: appellees' brief shall be due 20 days after the service of the court's determination on appellees' August 18 motion to dismiss. Appellants' brief shall be due 10 days after service of the appellees' brief subject to the page limitation set forth in the court's Order Granting Motion to Enlarge Page Limit for Appellant's Opening Brief.

DATED: 8/25/05           /s/ Ronald M. Whyte
                         RONALD M. WHYTE
                         United States District Judge

ORDER REVISING BRIEFING SCHEDULE FOR BANKRUPTCY APPEAL - C-04-03012 RMW
MAG

**Notice of this document has been sent to:**

**Counsel for Appellant:**
Law Offices of Raymond H. Aver
12424 Wilshire Boulevard
Suite 1120
Los Angeles, CA 90025

**Counsel for Appellee:**
Pamela M. Ferguson
Peter Dixon
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street
Suite 1400
San Francisco, CA 94104

Helen S. Rakove
Hoge, Fenton, Jones & Appel, Inc.
60 So. Market St. Ste 1400
San Jose, CA 95113

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

**Dated:** _____          _____
                                          **Chambers of Judge Whyte**

ORDER REVISING BRIEFING SCHEDULE FOR BANKRUPTCY APPEAL - C-04-03012 RMW MAG
2