| | |
|---|---|
| | **E-FILED on**   11/18/05 |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re THE LEISURE CORPORATION,<br><br>    Debtor.<br>_____<br>THE LEISURE CORPORATION,<br><br>    Appellant,<br>v.<br>KENNETH H. PROCHNOW, and LAW OFFICES OF KENNETH H. PROCHNOW,<br><br>    Appellees. | No. C-03-03012 RMW<br><br>ORDER GRANTING APPELLEES' MOTIONS TO ENLARGE PAGE LIMIT FOR APPELLEES' OPENING BRIEF AND FOR EXTENSION OF TIME TO FILE APPELLEES' OPENING BRIEF<br><br>**[Re Docket Nos. 51, 54, 57]** |

Appellees Kenneth Prochnow and the Law Offices of Kenneth H. Prochnow seek leave to enlarge the page limit for their opening brief and request an extension of thirty days to file it. Appellant, whose opening brief is fifty-five pages, does not oppose the request. Appellees may file a brief not exceeding fifty-five pages, and it is due Monday, December 19, 2005.

DATED:      11/18/05                              /s/ Ronald M. Whyte
                                                              RONALD M. WHYTE
                                                              United States District Judge

ORDER GRANTING APPELLEES' MOTIONS TO ENLARGE PAGE LIMIT FOR APPELLEES' OPENING BRIEF AND FOR EXTENSION OF TIME TO FILE APPELLEES' OPENING BRIEF—No. C-03-03012 RMW
JAH

1 | **Notice of this document has been electronically sent to:**

2 | **Counsel for Appellant:**

3 | Raymond H. Aver        ray@averlaw.com

4 | **Counsel for Appellees:**

5 | Pamela M. Ferguson
Peter Dixon           dixon@ldbb.com
6 | Annie Verdries       verdries@lbbslaw.com

7

8 | Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9

10

11 | **Dated:**         11/18/05                        /s/ JH
                                                **Chambers of Judge Whyte**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING APPELLEES' MOTIONS TO ENLARGE PAGE LIMIT FOR APPELLEES' OPENING BRIEF AND FOR EXTENSION OF TIME TO FILE APPELLEES' OPENING BRIEF—No. C-03-03012 RMW
JAH                                         2